# EXHIBIT B

Charted Claims:
Method Claim: 1
Non-Method Claim:

| US9986435 | Soti MobiControl App ("The Accused Product") |
|---|---|
| 1. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused product practices a method to perform an action (e.g., allowing access or blocking access to certain services such as corporate apps data, camera, etc.), comprising: receiving, by a first device (e.g., Soti server) located at a first geographical location (e.g., geographical location of a Soti data centre), one or more messages (e.g., geolocation information messages from a mobile device enabled with Soti MobiControl app, messages with location updates from a mobile device enabled with Soti MobiControl app).<br><br><br><br>https://soti.net/products/soti-mobicontrol/ |

## BUSINESS-CRITICAL FEATURES

- Remotely support mobile users by viewing and controlling devices and device files OTA
- Track and report on devices globally, send alerts or modify device behaviour based on location
- Manage telecom expenses for each user, send alerts or shutdown device features when thresholds are exceeded.
- The SOTI MobiControl System Health Dashboard[1] gives you real-time and 48-hour visibility into operational stats to help you make smart, data-based decisions to optimize SOTI MobiControl performance

https://soti.net/media/5509/202102-brochure-soti-mobicontrol-for-android-a4.pdf

SOTI XTreme Hub communicates directly with SOTI MobiControl from distributed locations to receive data and app transfers, in place of each individual Android device. Individual devices are instructed by SOTI MobiControl to acquire new updates directly from the SOTI XTreme Hub. This greatly reduces the number of times new data and apps are required to be sent across an organization's limited connection, and reduces the time required to complete data and app deployments across large numbers of Android devices by up to 60%.

https://soti.net/products/soti-mobicontrol/

### ⌄ Geofences

Geofences are virtual, geographic boundaries that you can apply to your devices. When a device enters or exits an area covered by a geofence, SOTI MobiControl will notify you and, if configured, perform a predefined action such as sending messages to devices, relocating the device to another device group or blocking access to certain services. Geofences allow you to track and regulate device movements easily and automatically. Geofences can be as large or small as is necessary and can be easily manipulated to cover any space.

https://soti.net/mc/help/v14.1/en/console/devices/monitoring/locationservices/using.html

# Setting Up a Geofence

## About this task

To set up a virtual boundary for your devices:

## Procedure

1. Open a **Device Information** panel and switch to the **Location** tab.
   The **Location** tab is not visible on devices where location services are not available.

2. Reposition the map to display the location where you want to place the geofence.

3. Click the **Geofences** icon in the **Location** menu bar.

4. Click **New Geofence** and use your cursor to create a shape. Close the boundary by clicking the starting point.
   A geofence can be any shape.

5. Give your new geofence a name and click **Save** when you are satisfied.

6. Click the geofence in the **Geofences** list to enable it for the device.

https://soti.net/mc/help/v14.1/en/console/devices/monitoring/locationservices/setting_geofences.html



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco

**7. What Personal Information Do We Collect?**

Personal information is information that identifies you or could be combined by us or our service providers and affiliates with other information to identify you. This information may include your name and surname, e-mail address, your home address, your telephone number, location data, internet protocol (IP) address, a cookie ID, your image, and may include your age, your income and other similar information when associated with you. Personal information may also be information containing details as to whether you have opened our promotional e-mails or how you have used our website, if we can associate that personal information with you.

https://soti.net/about/legal/policies/privacy-notice/



https://play.google.com/store/apps/details?id=net.soti.mobicontrol.androidwork

| indicate geographical location information of a second device located at a second geographical location, and | The accused product practices receiving, at a first device (e.g., Soti server), a message which indicates geographical location information (e.g., location of mobile device with Soti MobiControl app) of a second device located at a second geographical location (e.g., mobile device enabled with Soti MobiControl app). |

As shown below, a device enabled with the Soti MobiControl app sends location information to a Soti server which uses the location of user to allow the user to access certain services such as corporate apps data or camera.

## BUSINESS-CRITICAL FEATURES

- Remotely support mobile users by viewing and controlling devices and device files OTA
- Track and report on devices globally, send alerts or modify device behaviour based on location
- Manage telecom expenses for each user, send alerts or shutdown device features when thresholds are exceeded.
- The SOTI MobiControl System Health Dashboard[1] gives you real-time and 48-hour visibility into operational stats to help you make smart, data-based decisions to optimize SOTI MobiControl performance

https://soti.net/media/5509/202102-brochure-soti-mobicontrol-for-android-a4.pdf

SOTI XTreme Hub communicates directly with SOTI MobiControl from distributed locations to receive data and app transfers, in place of each individual Android device. Individual devices are instructed by SOTI MobiControl to acquire new updates directly from the SOTI XTreme Hub. This greatly reduces the number of times new data and apps are required to be sent across an organization's limited connection, and reduces the time required to complete data and app deployments across large numbers of Android devices by up to 60%.

https://soti.net/products/soti-mobicontrol/

## ˅ **Geofences**

Geofences are virtual, geographic boundaries that you can apply to your devices. When a device enters or exits an area covered by a geofence, SOTI MobiControl will notify you and, if configured, perform a predefined action such as sending messages to devices, relocating the device to another device group or blocking access to certain services. Geofences allow you to track and regulate device movements easily and automatically. Geofences can be as large or small as is necessary and can be easily manipulated to cover any space.

https://soti.net/mc/help/v14.1/en/console/devices/monitoring/locationservices/using.html



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco

**7. What Personal Information Do We Collect?**

Personal information is information that identifies you or could be combined by us or our service providers and affiliates with other information to identify you. This information may include your name and surname, e-mail address, your home address, your telephone number, location data, internet protocol (IP) address, a cookie ID, your image, and may include your age, your income and other similar information when associated with you. Personal information may also be information containing details as to whether you have opened our promotional e-mails or how you have used our website, if we can associate that personal information with you.

https://soti.net/about/legal/policies/privacy-notice/



https://play.google.com/store/apps/details?id=net.soti.mobicontrol.androidwork

| include a request for a first action to be performed by the first device, wherein the one or more messages are received from the second | The accused product practices receiving, at a first device (e.g., Soti server), a message which includes a request for a first action (e.g., allowing access or blocking access to certain services such as corporate apps data, camera, etc.) to be performed by the first device (e.g., Soti server), wherein the one or more messages (e.g., a mobile device enabled with Soti MobiControl app, messages with location updates from a mobile device enabled with Soti MobiControl app) are received from the second device (e.g., the mobile device enabled with Soti |

| | |
|---|---|
| device, and wherein the geographical location information of the second device acts as authentication to allow the first action to be performed by the first device; and | MobiControl app), and wherein the geographical location information (e.g., location of mobile device with Soti MobiControl app) of a second device (e.g., mobile device enabled with Soti MobiControl app) acts as authentication to allow the first action (e.g., location information will authenticate user for allowing access or blocking access to certain services such as corporate apps data and camera, etc.) to be performed by the first device (e.g., Soti server).<br><br>The location information of the second device (e.g., location of mobile with Soti MobiControl app) acts as authentication to allow the first action (e.g., allowing access or blocking access to certain services such as corporate apps data and camera, etc.) because it permits the first device (e.g., Soti server) to perform the first action (e.g., allowing access or blocking access to certain services such as corporate apps data and camera, etc.).<br><br>## BUSINESS-CRITICAL FEATURES<br><br>• Remotely support mobile users by viewing and controlling devices and device files OTA<br><br>• Track and report on devices globally, send alerts or modify device behaviour based on location<br><br>• Manage telecom expenses for each user, send alerts or shutdown device features when thresholds are exceeded.<br><br>• The SOTI MobiControl System Health Dashboard[1] gives you real-time and 48-hour visibility into operational stats to help you make smart, data-based decisions to optimize SOTI MobiControl performance<br><br>https://soti.net/media/5509/202102-brochure-soti-mobicontrol-for-android-a4.pdf<br><br>SOTI XTreme Hub communicates directly with SOTI MobiControl from distributed locations to receive data and app transfers, in place of each individual Android device. Individual devices are instructed by SOTI MobiControl to acquire new updates directly from the SOTI XTreme Hub. This greatly reduces the number of times new data and apps are required to be sent across an organization's limited connection, and reduces the time required to complete data and app deployments across large numbers of Android devices by up to 60%.<br><br>https://soti.net/products/soti-mobicontrol/ |

## ⌄ **Geofences**

Geofences are virtual, geographic boundaries that you can apply to your devices. When a device enters or exits an area covered by a geofence, SOTI MobiControl will notify you and, if configured, perform a predefined action such as sending messages to devices, relocating the device to another device group or blocking access to certain services. Geofences allow you to track and regulate device movements easily and automatically. Geofences can be as large or small as is necessary and can be easily manipulated to cover any space.

https://soti.net/mc/help/v14.1/en/console/devices/monitoring/locationservices/using.html



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco

**7. What Personal Information Do We Collect?**

Personal information is information that identifies you or could be combined by us or our service providers and affiliates with other information to identify you. This information may include your name and surname, e-mail address, your home address, your telephone number, location data, internet protocol (IP) address, a cookie ID, your image, and may include your age, your income and other similar information when associated with you. Personal information may also be information containing details as to whether you have opened our promotional e-mails or how you have used our website, if we can associate that personal information with you.

https://soti.net/about/legal/policies/privacy-notice/



https://play.google.com/store/apps/details?id=net.soti.mobicontrol.androidwork

| | |
|---|---|
| autonomously performing, based at least on the received one or more messages, by the first | The accused product practices autonomously performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., Soti server), the authenticated first action (e.g., allowing access or blocking access to certain services such as corporate apps data, camera, etc.). |

| | |
|---|---|
| device, the authenticated first action. | As shown below, when a user with Soti MobiControl app installed enters or stays within certain area/geofence set by Soti server's administrator, the user will be able to access certain services such as corporate apps data and camera whereas outside the geofence, accessing corporate app data and camera is prohibited.<br><br>## BUSINESS-CRITICAL FEATURES<br><br>• Remotely support mobile users by viewing and controlling devices and device files OTA<br>• Track and report on devices globally, send alerts or modify device behaviour based on location<br>• Manage telecom expenses for each user, send alerts or shutdown device features when thresholds are exceeded.<br>• The SOTI MobiControl System Health Dashboard[1] gives you real-time and 48-hour visibility into operational stats to help you make smart, data-based decisions to optimize SOTI MobiControl performance<br><br>https://soti.net/media/5509/202102-brochure-soti-mobicontrol-for-android-a4.pdf<br><br>SOTI XTreme Hub communicates directly with SOTI MobiControl from distributed locations to receive data and app transfers, in place of each individual Android device. Individual devices are instructed by SOTI MobiControl to acquire new updates directly from the SOTI XTreme Hub. This greatly reduces the number of times new data and apps are required to be sent across an organization's limited connection, and reduces the time required to complete data and app deployments across large numbers of Android devices by up to 60%.<br><br>https://soti.net/products/soti-mobicontrol/ |

### ⌄ Geofences

Geofences are virtual, geographic boundaries that you can apply to your devices. When a device enters or exits an area covered by a geofence, SOTI MobiControl will notify you and, if configured, perform a predefined action such as sending messages to devices, relocating the device to another device group or blocking access to certain services. Geofences allow you to track and regulate device movements easily and automatically. Geofences can be as large or small as is necessary and can be easily manipulated to cover any space.

https://soti.net/mc/help/v14.1/en/console/devices/monitoring/locationservices/using.html



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco



https://www.youtube.com/watch?v=JW4S06otpco

**7. What Personal Information Do We Collect?**

Personal information is information that identifies you or could be combined by us or our service providers and affiliates with other information to identify you. This information may include your name and surname, e-mail address, your home address, your telephone number, location data, internet protocol (IP) address, a cookie ID, your image, and may include your age, your income and other similar information when associated with you. Personal information may also be information containing details as to whether you have opened our promotional e-mails or how you have used our website, if we can associate that personal information with you.

https://soti.net/about/legal/policies/privacy-notice/



https://play.google.com/store/apps/details?id=net.soti.mobicontrol.androidwork